ELECTRONICALLY FILED
EPSTEIN, COHEN & GILBERTI, LLC
21 East Front Street, Suite 210
Red Bank, New Jersey 07701
(732) 212-0400
Gilberti@ecg-law.com
Attorneys for Defendant Jamal Muhammad

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 09-878 (DRD) |
| | : | |
| v. | : | Hon. Dickinson R. Debevoise, U.S.D.J. |
| | : | |
| **JAMAL MUHAMMAD,** | : | **ORDER** |
| Defendant. | : | |

This matter having been brought before the Court on behalf of defendant Jamal Muhammad, by his attorneys Michael V. Gilberti and Epstein, Cohen & Gilberti, LLC, on a motion for an Order, changing Mr. Muhammad's bail conditions based on the additional postponement of his sentencing; and the government (Paul J. Fishman, United States Attorney, Anthongy Mahajan, Assistant U.S. Attorney appearing) consenting; and the United States Pretrial Services having also consented; and Mr. Muhammad having been compliant with all existing conditions; and good cause being shown,

IT IS on this 11th day of June, 2012,

ORDERED that the defendant's motion is hereby granted, and the conditions of defendant Jamal Muhammad's bail are modified as follows:

(1) Defendant shall be permitted to leave and be out of his residence from 6:00 a.m. to 11:30 p.m. every day;

(2) Defendant shall be able to travel to New York City for purposes of obtaining goods and wares from wholesalers for his sales business on Saturday and Sunday from 8:00 a.m. to 7:00 p.m.

IT IS FURTHER ORDERED that all other terms and conditions of his current bail shall continue in full force and effect.

Hon. Dickinson R. Debevoise
United States District Judge

2